**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Floyd Junior POWELL, a/k/a Dick, Defendant–Appellant.**

**No. 16–6220**

United States Court of Appeals, Fourth Circuit.

Submitted: June 16, 2016

Decided: June 22, 2016

Floyd Junior Powell, Appellant Pro Se. Amy Elizabeth Ray, Assistant United States Attorney, Asheville, North Carolina, for Appellee.

Before NIEMEYER, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Floyd Junior Powell appeals the district court's order denying his post-judgment motion for recusal as moot. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See United States v. Powell, No. 5:15–cv–00092–RLV (W.D.N.C. Jan. 19, 2016). We dispense with oral argument because the facts and legal contentions are adequately

presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED